UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No. 4:04CR442-SNL |
| ZEYAD ABDELJABBAR, | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that, at defendant's request, his sentencing will be **RESET** to August 11, 2005 at 11:00 a.m. in Courtroom 17 South before the undersigned.

Dated this   15th   day of July, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE